The People of the State of Illinois, defendant in error, v. David Baer, plaintiff in error. Gen. No. 34,556.

Heard in the first division of this court for the first district at the October term, 1930. Opinion filed December 1, 1930.

Miles J. Devine and W. G. Anderson, for plaintiff in error. John A. Swanson, State's Attorney, for defendant in error.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Thomas E. Powers, administrator of the estate of Marie Powers, deceased, plaintiff in error, v. Chicago City Railways Company et al., defendants in error. Gen. No. 34,192.

Heard in the first division of this court for the first district at the April term, 1930. Opinion filed December 1, 1930.

Ednyfed H. Williams, for plaintiff in error; William A. Lankton, of counsel. Brown, Fox & Blumberg, for defendants in error; Frank L. Kriete, Charles LeRoy Brown, John E. Kehoe and Joseph Harrow, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

Richard W. Bock, appellee, v. Louis A. Hippach, appellant. Gen. No. 34,250.

Heard in the first division of this court for the first district at the April term, 1930. Opinion filed December 1, 1930.

Isaac B. Lipson, for appellant; Randolph Thornton, of counsel. Ferdinand Goss and Thomas E. Rooney, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

Joseph A. Wiener, appellee, v. Central Trust Company of Illinois, appellant. Gen. No. 34,275.

Heard in the first division of this court for the first district at the April term, 1930. Opinion filed December 1, 1930.

Winston, Strawn & Shaw, for appellant; Harold A. Smith and Charles J. Calderini, of counsel. Max Murdock, for appellee.

Mr. Justice McSurely delivered the opinion of the court.